

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB TALAMANTES,<br><br>    Defendant. | 8:21CR 234<br><br>INDICTMENT<br>21 U.S.C. § 846 |

The Grand Jury charges that

## COUNT I

Beginning on or about August 8, 2020, and continuing to on or about August 10, 2020, in the District of Nebraska, Defendant JACOB TALAMANTES did knowingly and intentionally combine, conspire, confederate, and agree with other person(s) to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

                                            A TRUE BILL.

                                            FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                                            MARTIN J. CONBOY, IV
                                            Assistant United States Attorney